GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Defendant George C. Coyne

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEORGE V. COYNE<br><br>　　　　　Defendant. | Hon. Stanley R. Chesler,<br>U.S.D.J.<br><br>Case No. 08-713<br><br>**CONSENT ORDER** |

**THIS MATTER** having been opened to the Court by Greenbaum, Rowe, Smith & Davis, LLP, (Raymond M. Brown, Esq. appearing), Attorneys for defendant George V. Coyne, and Ralph J. Marra, Jr., Acting U.S. Attorney for the District of New Jersey (Anthony Moscato, Assistant U.S. Attorney, appearing) and after having conferred with Pretrial Services who have stated they have no objection to the release of Mr. Coyne's Passport to him, and the U.S. Attorney's Office having consented to same, and there being good and sufficient cause shown,

IT IS on this _17_ day of _March_,

ORDERED that the passport of George V. Coyne, be released to him.

_____
Stanley R. Chesler, U.S.D.J.

The following consent to the Form
and Entry of the within Consent Order;

UNITED STATES OF AMERICA

_____
Anthony Moscato, AUSA

GREENBAUM, ROWE, SMITH & DAVIS, LLP
Attorneys for Defendant George V. Coyne

_____
RAYMOND M. BROWN