UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,        : | |
| : | **Criminal No. 08-713 (SRC)** |
| Plaintiff,   : | |
| : | **OPINION & ORDER** |
| v.               : | |
| : | |
| GEORGE V. COYNE,             : | |
| : | |
| Defendant .  : | |
| : | |

**CHESLER**, District Judge

      This matter comes before the Court upon the application by Defendant George V. Coyne ("Defendant") for early termination of his probation pursuant to 18 U.S.C. § 3564(c) [docket entry 19]. In relevant part, this section provides that after considering the factors set forth 18 U.S.C. § 3553(a), the Court may "terminate a term of probation previously ordered and discharge the defendant . . . at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The United States Attorney's Office and the United States Probation Office have advised the Court that they do not oppose Defendant's application.

      Defendant pled guilty to two counts of conspiracy to defraud the United States, in violation of 18 U.S.C. § 371. On February 24, 2009, this Court sentenced Defendant to a five-year term of probation, which included 12 months of home confinement, and ordered him to pay $217,728.00 in restitution as well as a $40,000 fine. Defendant has completed his term of home

confinement, satisfied his restitution obligations and paid all fines imposed in connection with his conviction.  In his application to the Court, Defendant describes a sensitive family situation, which Defendant's probationary restrictions hamper him from meaningfully addressing.

The Court has considered the relevant factors under 18 U.S.C. § 3553(a) guiding early termination of probation.  In light of Defendant's compliance with the terms of his sentence, and having received no objection to the application from the Government, this Court concludes that Defendant's application is warranted.  Accordingly,

**IT IS** on this 4th day of January, 2011,

**ORDERED** that Defendant's application for early termination of probation be and hereby is **GRANTED** pursuant to 18 U.S.C. § 3564(c); and it is further

**ORDERED** that the term of probation imposed on Defendant by Judgment entered in this action on February 24, 2009 be and hereby is terminated as of the date of entry of this Order.

    s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge